[No. 20929-2-II.    Division Two.    March 13, 1998.]

J.E. PELLAND CONSTRUCTION, INC., *Plaintiff*, v. MICHAEL OLEJAR, ET AL., *Respondents*, WILLIAM REHE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-06814-5, Brian M. Tollefson, J., entered June 14, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.


[No. 21205-6-II.    Division Two.    March 13, 1998.]

WASHINGTON FEDERATION OF STATE EMPLOYEES, *Respondent*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-01992-4, Wm. Thomas McPhee, J., entered September 12, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J. Now published at 90 Wn. App. 501.


[No. 21277-3-II.    Division Two.    March 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS H. HALFACRE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00187-5, David E. Foscue, J., entered September 30, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.


[No. 21676-1-II.    Division Two.    March 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY T. DECKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 96-1-00446-9, David R. Draper, J., entered February 25, 1997. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.